AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Ten Electronic Devices Previously<br>Seized by NH Fish & Game Department | )<br>)<br>)  Case No. 1:23-mj-213-01/10-AJ<br>)<br>)<br>) |

**APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Please see Attachment A.

located in the _____ District of  New Hampshire , there is now concealed *(identify the person or describe the property to be seized)*:

Please see Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 16 USC 3372 (Lacey Act) | interstate transportation of wildlife taken in violation of state law |
| 18 USC 1708; 371 | theft of mail; conspiracy |
| 26 USC 5861(d) | possession of unregistered NFA weapon |

The application is based on these facts:
Please see attached affidavit.

☑ Continued on the attached sheet.
☐ Delayed notice of ____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

/s/ Bruce Sweet
*Applicant's signature*

Postal Inspector Bruce Sweet, USPIS
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
telephonic conference  *(specify reliable electronic means)*.

Date: **Nov 17, 2023**

Andrea K. Johnstone
*Judge's signature*

City and state:  Concord, New Hampshire   Hon. Andrea K. Johnstone, U.S. Magistrate Judge
*Printed name and title*